UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET L. SCHMIDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-2216 (ESH) |
| | ) |
| ELAINE L. CHAO, | ) |
| Secretary, U.S. Department of Labor, | ) |
| 200 Constitution Avenue, NW | ) |
| Washington, DC 20210, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: February 6, 2008
        Washington, D.C.

                                        Respectfully submitted,

                                          /s/
                                        _____
                                        BRIAN P. HUDAK
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7143
                                        brian.hudak@usdoj.gov