UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET L. SCHMIDT,<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE L. CHAO,<br>Secretary, U.S. Department of Labor,<br><br>      Defendant. | Civil Action No. 07-2216 (ESH) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Elaine L. Chao, Secretary, United States Department of Labor ("DOL"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint from February 11, 2008, to March 10, 2008. Plaintiff, through its counsel, has graciously consented to the relief sought by this motion. The grounds for such relief are set forth below.

This case seeks redress for Defendant's alleged failure to reasonably accommodate Plaintiff's disability under the Rehabilitation Act, and for alleged retaliation under the Rehabilitation Act and Title VII. The U.S. Attorney's Office was served with the Complaint on December 11, 2007. Promptly after the U.S. Attorney's Office was served, undersigned counsel with daily responsibility for this matter contacted DOL to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and deadlines in other pending cases have prevented

the completion of an appropriate response. Accordingly, deferring the filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, March 10, 2008. A proposed order is attached.

Dated: February 6, 2007
        Washington, DC

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

          /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET L. SCHMIDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2216 (ESH) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary, U.S. Department of Labor, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, March 10, 2008, to respond to the Complaint in this action.

_____     _____
Date                                         ELLEN SEGAL HUVELLE
                                                 United States District Judge