REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2216 | DATE REFERRED:<br>4/17/08<br><br>DISPOSITION DATE: | PURPOSE:<br>All Purposes | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>Janet L. Schmidt | | DEFENDANT(S):<br>Elaine Chao | | |
| ENTRIES: | | | | |